UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DAMON W. CUFF,

       Plaintiff,

v.

TOM BOEN-BOOM, MISSION
HEALTHCARE LLC, WELCOV
HEALTHCARE LLC, d/b/a Bethal Care
Center, PAUL CONTRIS, ie. al.,
LISA DAVIDSON, SARA JOHNSON,
MARIE BOUSQUET, NANCY TRDERS,
JOHN DOE and MARY ROE,

       Defendants.

Civil No. 13-1047 (DSD/JSM)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 11, 2013. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is DENIED; and

2. This action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 30, 2013

                                     s/David S. Doty
                                     DAVID S. DOTY, Judge
                                     United States District Court